JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMIR SALAMA, | ) | CASE NO. SACV10-1568-AG(AJWx) |
| Plaintiffs, | ) | |
| v. | ) | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| WORLD FINANCIAL NETWORK NATIONAL BANK, | ) | |
| Defendant. | ) | |

The Court has reviewed the Stipulation of Plaintiff SAMIR SALAMA and Defendant WORLD FINANCIAL NETWORK NATIONAL BANK to dismiss, with prejudice, the above-entitled action, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

/ / /

/ / /

**1**

1        1.     That the above-entitled lawsuit is hereby dismissed, with prejudice,

2   pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

3

4

5                              **IT IS SO ORDERED:**

6

7

8   DATED: November 29, 2010    _____

9                              UNITED STATES DISTRICT COURT JUDGE
                               Andrew J. Guilford
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

06468.00/169298

[PROPOSED] ORDER RE STIPULATION RE DISMISSAL

CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045